# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD VANWHY,** | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 3:13-02327 |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : (JUDGE MANNION) : |
| Defendant | : |

## O R D E R

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The decision of the Commissioner of Social Security denying Donald Vanwhy disability insurance benefits is vacated and the case is remanded to the Commissioner of Social Security to: Conduct a new administrative hearing and elicit further medical opinion or testimony regarding Vanwhy's residual functional capacity.

2. The Clerk of Court shall close this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:** September 30, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2327-01 order.wpd